| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>KYLE REARDON<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California  95814<br>(916) 554-2700<br>(916) 448-2900 FAX | **FILED**<br><br>SEP 1 5 2008<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY  DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Search of 1041 Sierra View Circle, Auburn, California 95603 | NO. 2 0 8 - SW - 0 3 8 9  GGH<br><br>[PROPOSED] ORDER<br><br>[IN CAMERA AND UNDER SEAL]<br><br>**SEALED** |

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the search warrant in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal. Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

5

IT IS HEREBY ORDERED that the affidavit underlying the search warrant in the above-entitled proceedings, together with the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration, and this order shall be filed with this Court in camera and under seal and shall not be disclosed to any person until ~~filing~~ execution of the search warrant ~~return~~ and/or arrest warrant. [ggh]

Dated this 15th day of September, 2008.

By: __GREGORY G. HOLLOWS__
GREGORY G. HOLLOWS
United States Magistrate Judge

Presented by:

_/s/ Kyle Reardon_
KYLE REARDON
Assistant U.S. Attorney